John E. Erickson, administrator of the estate of Charles Nelson, deceased, appellant, v. Michael Reddy, appellee. Gen. No. 24,709.

Replevin by administrator to recover horses sold the defendant on condition of cash payment which had not been made. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed March 10, 1919.

David J. Bentall, for appellant; Mather & Hutson, of counsel. No appearance for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Charlotte B. Wulff, appellee. v. Julius Schmohl, appellant. Gen. No. 24,728.

Action by guest of tenant to recover for personal injuries caused by the breaking down of a porch. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Charles H. Bowles, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed March 10, 1919.

Joseph Bonnefoi, for appellant; Frederick Peake, of counsel. Morse Ives and Charles C. Bodenstab, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Fannie Rubinovitch, appellee, v. William Rubinovitch, appellant. Gen. No. 24,779.

Commitment for contempt for nonpayment of alimony. Appeal from the Superior Court of Cook county; the Hon. M. Henry Guerin, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed March 10, 1919.

O. J. C. Wray, for appellant. William E. Rafferty, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Fannie Rubinovitch, appellee, v. William Rubinovitch, appellant. Gen. No. 24,780.

Bill for separate maintenance. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. M. Henry Guerin, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed March 10, 1919.

O. J. C. Wray, for appellant. William E. Rafferty, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Harry W. Rubloff, appellee, v. Andrew McAnsh, appellant. Gen. No. 24,803.

Action by broker to recover commission. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in this court at the October term, 1918. Reversed with finding of facts. Opinion filed March 10, 1919 Rehearing denied March 24, 1919.

Ogren & Wermuth, for appellant; W. C. Wermuth, of counsel Adler, Lederer & Beck, for appellee.

Mr. Justice Holdom delivered the opinion of the court.